EDMUND BAUM and ARTHUR H. STRAUSS, Respondents, v. THE HARRIS COMPANY, INC., Appellant.— Judgment reversed on reargument, upon the law and the facts, and new trial granted, with costs to the appellant to abide the event, unless within twenty days plaintiffs stipulate to reduce the recovery to an amount representing the value of the ninety-three pieces of merchandise delivered, with interest. In the event of such stipulation the judgment is affirmed, without costs. As to the thirty-nine pieces of merchandise undelivered we think the plaintiffs' remedy is by an action for damages for failure to accept the same, title thereto not having passed to the defendant. (Pers. Prop. Law, §§ 144, 145.)* (See *Larkin* v. *Geisenheimer*, 201 App. Div. 741; affd., 235 N. Y. 547.) Kelly, P. J., Jaycox and Kelby, JJ., concur; Rich and Manning, JJ., dissent. [See 205 App. Div. 844.] Settle order upon notice.

THADDEUS BLOCK, an Infant, by HENRY BLOCK, His Guardian ad Litem, Appellant, v. OSCAR HAGLUND, Respondent.— Judgment dismissing complaint at the end of plaintiff's case affirmed, with costs, on the ground that no negligence was shown on the part of the defendant in driving the automobile. Manning, Kelby and Young, JJ., concur; Kelly, P. J., and Kapper, J., dissent.

CORNELIUS CASSIN, Respondent, v. STILLMAN, DELEHANTY-FERRIS COMPANY, Appellant.— Judgment unanimously affirmed, with costs, on authority of *Cassin v. Stillman, Delehanty-Ferris Co.* (232 N. Y. 325). Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

ALPHONSE G. DE RIESTHAL, Respondent, v. QUEENS COUNTY TRUST COMPANY, Appellant.— Judgment of the County Court of Queens county unanimously affirmed, with costs, on authority of *Strang* v. *Westchester County Nat. Bank* (235 N. Y. 68). Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

LUELLA GEAR, Respondent, v. LUELLA CHANDLER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

GEORGE HARPER, Respondent, v. THOMAS WORTHINGTON, Appellant.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

PHILIP HEIL, Respondent, v. BEST BUILDING Co., INC., Appellant, Impleaded with WILLIAM OTIS BADGER, JR., Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

BENJAMIN W. HENDRICKSON, Respondent, v. NAVIGATION STEAMSHIP COMPANY, INC., and Others, Appellants, Impleaded with LEIF W. LARSSON, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

---

* Added by Laws of 1911, chap. 571, known as the Sales of Goods Act.— [REP.